$HHN$

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS.

1. Mr. Juan Louis Barboza.                          )
   Wilson Men's Hotel.                              )
   1124 W Wilson Ave,                               )
   Chicago IL 60640.                                )
   Room # 319, Telephone: (773) 748-0691.           ) Case No.

Virtual Reality Film.                              **08CV6411**
Private Company, Commercial Advertisements,        **JUDGE ST.EVE**
Psychic Reading, For Profit.                        **MAG.JUDGE MASON**
E-mail: virtualrealityfilmmaking@yahoo.com
E-mail: juanlogdot@hotmail.com                     )
                                                   )         **RECEIVED**
                                                   )
Plaintiff.                                         )
                                                   )         NOV – 7 2008
Vs.                                                )         Nov 7, 2008
                                                   )         MICHAEL W. DOBBINS
2. Fox- 32 WFLD- TV and et al.                     )         CLERK, U.S. DISTRICT COURT
                                         Compliant
Defendants,

3. Fox-32 WFLD- TV, 205 N Michigan Ave Chicago IL 60601. Telephone:
   (312) 565-5533.

4. Fox Interactive Media, Business & Legal Affairs, 407 North Maple Drive, Suite 352
   Beverly Hills, California 90210.E-mail: FIMprivacy@fox.com Telephone:
   (310) 969-7073, Fax: (310) 969-7077. Designated Agent: Mr. Sean Chuang.

5. NEWS CORP, 1211 Avenue of the Americas New York, New York 10036 Telephone:
   (212) 852-7886, Fax: (212) 852-7217 E-mail: dmca-legal@newscorp.com
   Name/Contact Information of Designated Agent: Stacy Grossman.

6. CBS-2 WBBM- TV, Television Stations, 51 W. 52nd Street, New York, N.Y.
   10019. Telephone: (212) 975-7496, Facsimile: (954) 202-5242, E-mail:
   DMdesignatedagent@cbs.com Designated Agent: Alexandra Ramirez.

7. NBC-5 WMAQ- TV, Copyright Agent. Internet Broadcasting Systems, Inc.
   355 Randolph St. Saint Paul, MN 55102. E-mail: legal@ibsys.com

8. Walt Disney, ABC-7 WLS- TV, 500 South Buena Vista Street, Burbank, CA 91521-
   7725. Telephone: (818) 623-3200, Facsimile: (818) 623-3637,
   E-Mail:designated.agent@dig.TWDC.com Designated Agent: Laurence J. Shapiro.

November 07, 2008                                              Page:   1

Dockets.Justia.com

9. WGN-9 TV, Copyright Agent, 435 N. Michigan Ave., 6th Floor, Chicago, IL 60611, Telephone: (312) 222-4653, Fax: (312) 222-4206. copyrightnotice@tribune.com

10. Clear Channel Communications, DMCA Designated Agent c/o Legal Department Inc.200 East Basse Road, San Antonio, TX 78209. By Facsimile: (210) 832-3428, By Email: dmca@clearchannel.com Designated Agent: C. Cain.

11. Google Legal Support, DMCA Complaints, 1600 Amphitheatre Parkway, Mountain View, CA. 94043. Fax: (650) 963-3255, Attn: Google Legal.

12. MSNBC- Cable, One Microsoft way, Redmond, WA 98052, Telephone: (425) 703-5529, Facsimile: 425-936-7329 Email: jkweston@microsoft.com Designated Agent: J.K. Weston.

Witness in Chicago Illinois and New York New York, News Stations and Radio Stations.

13. CBS-2 WBBM- TV. 22 W. Washington St, Chicago IL 60602. Telephone: (312) 899-2041

14. NBC-5 WMAQ- TV 454 N Columbus Drive , Chicago IL 60611, Telephone: (312) 836-5555, Fax: 312-527-4825.

15. ABC-7 WLS- TV, Chicago IL, WLS-TV 190 North State Street, Chicago Illinois, 60601. Telephone: (312) 750-7777.

16. WGN-9 TV, 2501 W. Bradley Pl., Chicago, IL 60618. Telephone: (773) 528-2311.

17. WTTW-11 and 98.7 WFMT, 5400 N St. Louis Avenue, Chicago Illinois 60625-4698. Local Adjacency and Sponsorship Sales. Telephone: (773) 279-2103.

18. WGCI-FM 107.5, Clear Channel Radio Chicago, 233 North Michigan Ave, Suite 2700, Chicago, IL 60601. Telephone: (312) 540-2000.

19. 103.5 KISS FM, Clear Channel Radio Chicago, 233 N. Michigan, #2800 Chicago, IL 60601. Telephone: (312)540-2000.

20. 93.9 WLIT, Clear Channel Radio Chicago, 233 N. Michigan Avenue, Suite 2800, Chicago, IL 60601. Telephone: (312) 540-2000.

21. Google Incorporated. 444 N Michigan Ave, Chicago, IL 60611. Telephone: (312) 645-9428

22. Witness, Fox-32: David Norravo, Robin Robinson, Patrick Elmwood, Patrick Mullen and Debbie Carpenter. ABC -7: Cheryl Burton, Oprah Winfrey, Jill Bennett, Joey Dass and Kathy Brock. Clear Channel Communications: Randy Palmer, Howard McGee, Melissa Formam and Nina Chantele. MSNBC- Cable: Tamron Hall.

## Complaints,

23. Full Faith and Credit Clause.
24. Sexual harassment.
25. Conspiracy to commit fraud.
26. United States Antitrust Law: Unfair competition and unfair unethical business practices.
27. Copyright Act of 1976; Title 17: United States Code, 100.
28. Computer Software Copyright amendment Act of 1980 of Copyright Act of 1976, a set of statements or instructions to be used directly or indirectly in a computer to bring about a certain result, an original work of authorship, literal expression computer instructions.

29. Title 1: Section 101, Protection of Trade Secrets. The Economic Espionage Act of 1996: Section 1831. Theft of Trade Secrets: Section 1832.

30. Mens rea; Torts: Negligence, Invasion of Privacy, Identity Theft, Recklessness and Intentional Inflict-ion of Emotional Distress, relevant to the compliant filed the defendants in question, in the subject of the matter, from the processing civil court case filed, in great proportional evidenced collected through out the years, the accused foresaw, but, did not desired the particular outcome. When the accused failed to stop the given behavior, the defendants took the risk of causing the given matters, of the plaintiff's financial losses and mentally damaging his brain. Your honor, the defendants were always to some degreed of intentionally consumed within recklessness during the course of their conduct, the accused foresees the plaintiff by putting his life at risk of injuring, a choice had been made at that point in time. By deciding to proceed, the defendants actually intended to expose the plaintiff, by putting his life at risk of injuring. The probability of evidence collected from the defendants, which given the risks the defendants took and matured into the foreseen injury at hand, to a greater degree of recklessness, and

31. Defamation, using the plaintiff's original trade secret Operating System software package. The Title: Human Rights For All- Copyrights 2005 to 2008, the plaintiff's novel assume two way radio commun-ication, media player, digital video, digital audio, digital voice, digital sound and digital text messaging live broadcasting telephone Website text files database trade secret, the plaintiff's novel artificial intell-igence software programs and applications, the plaintiff's novel autobiography Life Story and the plain-tiff's trade secret cellular telephone number with live text messaging- Interruptible Feedback, (IFB,) number; world wide.

32. Federal Lanham Act; Title: 15 United States Code, Section 1125, (a) Section, 43 (a).)
False advertising and misleading statements.

33. Digital Millennium Copyright Act of 1998: Prohibits the falsification of copyright management information and distribution of works that contain such falsified information. The DMCA, also, prohibits the production, marketing or sales of a production service designed to circumvent these technological protections. For example, the DMCA to prohibit circumvention of DVD technology, when it stopped a programmer from distributing a software code designed to decode DVD and permit their copying. Universal City Studios Inc. V. Corley, 273 F.3d 4291 2d cir. 2001. Finally, the DMCA authorizes U.S. District Court clerks to issue subpoenas to service providers requiring them to identify an alleged online infringer. In addition, Congress passed the Family Entrainment and Copyright Act of 2005, which made it a criminal violation of copyright law to knowingly place a copyrighted computer program, musical work, motion picture or other audiovisual work or sound recording on a computer network accessible to the public, for purposes of copying. Your honor, the defendants are copyright infringing and derive-ative the plaintiff's literary works, the novel Life Story, the novel Website, the novel trade secret software package-HRFA, the novel trade secret cellular telephone number with live text messaging- Interruptible feedback, (IFB,) number; and the plaintiff's novel computer's artificial intelligence software program. Using the software package-HRFA, the Website, the trade secret cellular telephone number with live text messaging- Interruptible Feedback, (IFB,) number; to defame, interrogate and torture the plaintiff, from the plaintiff's Website, the plaintiff's compu-ter's artificial intelligence software program and through the means of the plaintiff's novel trade secret cellular telephone number with live text messaging- Interruptible Feedback, (IFB,) number.

## Complaints.

34. Your honor, the plaintiff claims the following defendants in question, who are copyright infringing on the plaintiff's Intellectual Property, for what is said below, for the following Intellectual Propriety items, the plaintiff's unregister trade secret novel utility patent, copyright, trademark, trade name, an original computer Operator System trade secret software package. The Title: Human Rights For All, Human brain telepathy to a computer, controls the computer's digital video data information storage software program and the digital audio data information storage software program. The output/ input signal from the wireless Electroencephalograph, (EEG,) Head Gear Set Sensor, monitors the user's brainwave patterns in real time live feed input into the computer database in raw data information format and then sends a radio frequency signal data files and computer programs sharing, into the computer's user's database storage processor, from the computer's user wireless Electroencephalogram, (EEG,) Head Gear Set Sensor, monitors the live raw data information feed, of the user's brainwaves patterns, allows, the user to interact with the computer programs in real live time, with the computer's display interface programs, the digital video player or the digital audio player. From the input of the user's brainwaves patterns, the information is collected in raw data information format, the raw data information is then processed by using the software package- HRFA. Allowing, the computer user's to control an actor's prerecorded object in a digital motion picture or in a digital animated cartoon character object, for digital video data divertive movements digital divertive audio sound output/ input, digital divertive text output/ input, individual character's digital voice, audio, sound and visional movements output/ input, with the computer user's display interface control panel software program. Using the wireless Electroencephalography, (EEG,) Head Gear Set Sensor display interface control panel software program, the Bluetooth Head Set cellular telephone computer user's display interface control panel software program and the plaintiff's software package- HRFA, **(Computer passwords trade secret, computer source codes trade secret and computer object codes trade secret, )** is installed in the defendants' computers. The computer software that the defendants are infringing with, allows, the user to read the user's brainwaves patterns to entertain the person's logical suggestions. **Object code,** or an Object file, often contain compact code, often called "binaries". A linker is typically used to generate an executable or library by linking object files together. The only essential element in an object file is machine code, (Code directly executed by a computer's CPU. ) Object files, for embedded systems might contain nothing but machine code; however, object files often also contain data for use by the code at runtime, relocation information, stack unwinding information, comments, program symbols, (Names of variables and functions, ) for linking and/or debugging purposes, and other debugging information. **Source code,** (Commonly just source or code,) is any collection of statements or declarations written in some human-readable computer programming language. Source code allows the programmer to communicate with the computer using a reserved number of instructions, and

35. Also, the plaintiff's unregister novel utility patent, trademark, trade name, copyright, an original novel assume two way radio communication, media player, digital video, digital audio, digital voice, digital sound and digital text messaging live broadcasting telephone Website and the plaintiff's unregister autobiography author, Juan Louis Barboza, literature digital text novel autobiography Life Story copyright and an unregister utility patent, trademark, copyright, an original software artificial intelligence. The Title: The Karaoke Man and the plaintiff's unregister trade secret cellular telephone number with live text messaging- Interruptible Feedback, (IFB,) number; computer telephone integration software, that was leaked out in 2005 till 2008. Your honor, the defendants are infringing on the plaintiff's Intellectual Property, for radio and for TV commercial advertisements using the plaintiff's software package- HRFA and the plaintiff's cellular telephone number with live text messaging- Interruptible Feedback, (IFB,) number; the news reporters' ear piece and the radio D. J.'s head phones.

36. Defaults and fraud, for the patents applications and for misuse of the patents, for the Bluetooth Head Set and for the wireless Electroencephalography, (EEG.)

37. **Relief in the amount of four hundred and fifty million dollars.**

Opening statement.

38. Your honor, the plaintiff is not an attorney and will represent him-self at court. But, the plaintiff will try his best to explain his grievances. That Corporate America is violating the plaintiff's Constitutional rights and Civil rights. The defendants in question are copyright infringing on the plaintiff's Intellectual Propriety and violating his exclusive rights as an American citizen, for **Human Rights**, for exclusive inventor's rights, for exclusive author's rights, for exclusive copyrights, for exclusive patents rights and to promote the progress of science and useful arts that is provided in the U.S. Constitution. For learning novel ways to promote the studies of behavioral science, life, liberty and the pursuit of happiness, with the plaintiff's life long studies of, **"Objections of Family Histories," "Government Improvements in The Justice System," and "The Education of Tomorrow's Youth World Wide."** Where in lies the outcome of the plaintiff's own studies of his novel Life Story in behavioral science from parallel life stories, doctors and the plaintiff, world wide, would make determinations on how to used the software package- HRFA, for achieving novel abilities to over come difficult situations and to pursue happiness in one's life pattern. The plaintiff's own novel Life Story was studied through out the world, in which the world's, doctors and the plaintiff, had studied to helped the under achievers achieve in math, reading, writing and behavioral changes. The plaintiff developed novel ways of reading a book online, watching TV online, listing to radio online, watching a motion picture online: For economic comercially self implication advertisements and created a computer voice responds of self educationnal computer software intelligence program. The computer software program learns human vocabulary composition skills on its own using the computer's artificial intelligence with human intelligence, the student or the subscriber, voice respond speech software acknowledgements, computer control software programs command operating system software programs, helping, the student or the subscriber, to learn the digital text book bought online from the plaintiff's novel Website, too accredited the earn knowledge, for college credited courses, for the work environment, for commercial entertainment, for educational purposes, for commercially personal implication advertisements and stored the earned knowledge or useful arts, that had been obtained in the plaintiff's International Internet Network text files database storage processor trade secret from the plaintiff's novel Website. Allowing, the student or the subscriber, to recalled the learned knowledge on the plaintiff's novel Website text files database trade secret, in any behavioral science digital text book bought online from the novel Website, too recalled questions and answers from their reading experiences with the computers artificial intelligence software program, that was purchased online from the novel assume two way radio communication, media player, digital video, digital audio, digital voice, digital sound and digital text messaging live broadcasting telephone Website, in subjects that, the under achiever student or the subscriber obtained their earned knowledge from using the plaintiff's trade secret software pack- HRFA, from the plaintiff's computer generated Web software programs, from the software package- HRFA, for success of a life time, to be accredited in the novel Website digital text files database storage processor trade secret. To allow, the plaintiff's paying subscribers to have access to the novel Website, for entertainment in motion pictures online, for educational purposes, for Virtual Reality Video role playing interactions, for commercial advertisement broadcasting Viva the Internet, from the plaintiff's advertisement company and Website, interactions with other subscribers in text and audio chat, video games and Virtual Reality online video games world wide, too have a digital text files, raw brainwaves patterns data information text files databases space storage trade secret and to interact with other subscribers online in the plaintiff's novel Virtual Reality Website and video game counsel computer generated Web software programs, and

## Opening statement.

39. From the plaintiff's novel assume two way radio communication, media player, video, audio, voice, sound and live text messaging live broadcasting telephone Website, the plaintiff's advertisement company had advertise to his paying subscribers and to himself, what they wanted, needed or something that we had have imaged to purchased from the privacy of our own home or in the public, using the plaintiff's novel assume two way radio communication, media player, video, audio, voice, sound and live text messaging live broadcasting telephone Website or any computer that has access to the Internet power by the plaintiff's novel Website, for economic commercial advertisements purposes, for sales of the plaintiff's novel digital text book items and for productions of the plaintiff's digital software data information altering, software programs digital audio and video data information storage, as a result the users have a multi- story ending.

## Patents application fraud and Copyrights infringements.

40. Your honor, may the plaintiff request the court to acknowledge defaults and fraud on the following patents, assignee: Microsoft Corporation, the Electroencephalograph, (EEG,) application number: 11/349,859, publication number: US 2007/0185697 A1 and the Bluetooth Head Set, patent number: D494568. Also, for the court to acknowledge improvements with the existing patents, for the Electroencephalograph, (EEG,) patent and the Bluetooth Head Set patent. That is proved in the U.S. Constitution described in, (**Article I, section 8. To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries,**) and

41. Your honor, the following corporations listed on paged 7, (1.) through, (24.) had have advertised and invested with the plaintiff's copyrights, between 2005 to 2008, with the defendants advertisement counsel, participated in the slandered of the plaintiff's name recklessly in the means of using the plaintiff's cellular telephone number with live text messaging- Interruptible Feedback, (IFB,) number and the plaintiff's novel assume two way radio communication, media player, video, audio, voice, sound and live text messaging live broadcasting telephone Website text files database trade secret, intentionally derivative, to defamed and copyrighted infringed, from the plaintiff's novel Life Story, the novel trade secret software package- HRFA, the novel Website text files database trade secret. Tamron Hall, "**Theft of a trade secret,**" is liable, for the leaked out of the entire plaintiff's trade secrets information world wide, between 2005 to 2008, for the plaintiff's novel trade secrets software package- HRFA, for the novel assume Website text files database trade secret, for the novel cellular telephone number with live text messaging, (IFB,) trade secret. She intended to converted the plaintiff's trade secrets to included in the products that is produced by Microsoft Corporation, for her own benefits, to placed in interstate and in foreign commerce to economically benefiting Microsoft Corporation and herself, other than the owner, Juan Louis Barboza, of the unregister trade secrets patents and copyrights, knowing that the offense will injured the owner of the trade secrets, Juan Louis Barboza. Tamron Hall, "**Conspired to conceal,**" with the defendants and the Ad counsel of America that he is the owner of the novel trade secret software package- HRFA, the novel assume Website text files database trade secret and the novel cellular telephone number with live text messaging, (IFB,) trade secret, she would than defamed the plaintiff's credibility and sponsor the altercations of the software package- HRFA. Tamron Hall, would than faked news stories referring the plaintiff as a Sex Offender, "**Sexual harassment,**" a Child Abductor, a Pedophile and a Child Molester, world wide, telling the plaintiff's business investors and the public on her news talk show at Fox 32, between 2005 to 2007 and she would than broadcasted the novel Website text file database trade secret and the novel cellular telephone number with live text messaging, (IFB,) trade secret, "**False advertising and misleading statements,**" at Fox 32, between 2005 to 2007. Tamron Hall, will intentionally defamed the plaintiff's name with the following corporations listed on paged (7,) for advertisements sales, for copyright infringement software sales, for copyrights sales using the plaintiff's novel Website text files database trade secret and the plaintiff's novel Life Story copyright infringement, for the plaintiff's unregister trade secrets patents and for the plaintiff's unregister trade secrets copyrights, Tamron Hall, was destroying the plaintiff's credibility, world wide.

# Ad Counsel and Investor Relationships investments relationship in: Virtual Reality Film.

(1.) **Doritos Ad counsel:** Frito-Lay P.O. Box 660634 Dallas, TX 75266-0634.

(2.) **Snickers candy bar Ad counsel:** DMCA Agent c/o Consumer Care Department Mars, Incorporated 800 High Street Hackettstown, NJ 07840.

(3.) **Snapple Beverage Ad counsel:** Consumer Relations P.O. Box 869077 Plano. TX 75086-9077, Telephone: (800) 762-7753.

(4.) **7- Eleven Ad counsel:** 7-Eleven, Inc. Customer Relations Loc. 231 P.O. Box 711 Dallas, TX 75221.

(5.) **Taco Bell Ad counsel:** Cathy Tang, DMCA, Yum Brands Inc., Dallas RSC, MD 4N227, 14841 North Dallas Parkway, Dallas, TX 75254, Telephone: (972) 338-7256.

(6.) **Dunkin Donuts Ad counsel:** Dunkin' Donuts Customer Service, Dunkin' Brands, Inc., 130 Royall Street, Canton, MA 02021. Telephone: (800)859-5339, Fax: (781) 737-4000.

(7.) **Wendy's Restaurant Ad counsel:** Denny Lynch Senior Vice President, Communications One Dave Thomas Boulevard Dublin, OH 43017. Telephone: (614) 764-3100.

(8.) **Burger King Restaurant Ad counsel:** Burger King Corporation Consumer Relations Department 5505 Blue Lagoon Drive Miami, Florida 33126. Telephone: (305) 378-3000.

(9.) **Subway Ad counsel:** Doctor's Associates Inc., 325 Bic Drive, Milford, CT, 06461, USA. Telephone: (203) 877-4281 or 1-800-888-4848. Facsimile: (203) 876-6690.

(10.) **Jewel- Osco Ad counsel:** Customer Service, 250 Park center Blvd. Boise, ID 83706.

(11.) **Mc Donald's Ad counsel:** McDonald's Corporation, 2111 McDonald's Dr Oak Brook, IL 60523.

(12.) **Radio Shack Ad counsel and Investor:** 300 RadioShack Circle Fort Worth, TX 76102-1964. Telephone:(817) 415-3011,(corporate switchboard.): Stock Transfer Agent: Wells Fargo Shareowner Services, P.O. Box 64874 St. Paul, MN 55164-0874. Telephone: (888) 218-4374.

(13.) **Best Buy Ad counsel:** Best Buy Co., Inc. Corporate Headquarters P.O. Box 9312 Minneapolis, MN 55440-9312 Telephone: (612) 291-1000.

(14.) **Circuit City Ad counsel:** Circuit City Stores, Inc.9954 Mayland Dr. Richmond, VA 23233.

(15.) **AT&T Ad counsel:** Manager of Security & Copyright Infringement 1800 Perimeter Park Drive, Suite 100 Morrisville, NC 27560 Telephone: (919) 319-5737, Fax: (919) 319-8154.

(16.) **Comcast Cable Ad counsel:** Comcast Corporation One Comcast Center Philadelphia, PA 19103.

(17.) **Western Union Ad counsel:** Western Union Financial Services, Inc. P.O. Box 4430 Bridgeton, MO 63044.

(18.) **Chase Bank Investor**: JPMorgan Chase & Co.270 Park Avenue New York, NY 10017-2070 Telephone: (212) 270-7325. Stock Transfer Agent: Mellon Investor Services P.O. Box 3338 South Hackensack, NJ 07606-1938.

(19.) **Apple Computers Ad counsel**: Apple, 1 Infinite Loop Cupertino, CA 95014. Telephone: (408)996-1010.

(20.) **Hewlett Packard Ad counsel:** HP Mailbox 20555, SH, 249, MS, 040307, Houston, Texas 77070 USA.

(21.) **Columbia Pictures Investor:** Copyright Agent, 10202 W. Washington Boulevard. Culver City, CA 90232.

(22.) **Warner Brothers Investor:** Copyright Agent THEWB.COM 4000 Warner Blvd. Burbank, CA 91505.

(23.) **Def Jam Records Investor:** Def Jam Recordings, 825 Eighth Avenue New York, NY 10019.

(24.) **On Star Ad counsel and Investor:** 400 Renaissance Center. Detroit, MI 48265.

## The Plaintiff's U.S. Constitutional rights and Human rights.

42. The Constitution of the United States of America.

43. Article I, Section 8.

To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries.

44. The First Amendment.

Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof or abridging the, **(Freedom of speech.)** Or of the press,)) or the right of the people peaceably to assemble and to petition the government for a redress of grievances.

45. The Fifth Amendment.

No person shall be held to answer for a capital or otherwise infamous crime unless on a presentment or indictment of a grand jury except in cases arising in the land or naval forces or in the militia when in actual service in time of war or public danger nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb nor shall be compelled in any criminal case to be a witness against himself, **(Nor be deprived of life liberty or property without due process of law,)** Nor shall private property be taken for public use without just compensation.))

46. The Eight Amendment.

Excessive bail shall not be required, nor excessive fines imposed, **(Nor cruel and unusual punishments inflicted.)**

47. The Ninth Amendment.

The enumeration in the Constitution of certain rights shall not be construed to deny or **(Disparage others retained by the people.)**

48. The Fourteen Amendment.

Section 1 All persons born or naturalized in the United States and subject to the jurisdiction thereof are citizens of the United States and of the state wherein they reside, **( No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States nor shall any state deprive any person of life liberty or property without due process of law,)** Nor deny to any person within its jurisdiction the equal protection of the laws.))

## Legal complaints and Intellectual Property Copyright Infringement complaints.

49. Your honor, may the plaintiff request the court to acknowledge, for the sole proprietor ownership of the Intellectual Property, for the unregister novel utility patents and copyrights. For the unregister novel trade secret software package- HRFA, for the unregister novel Website, for the unregister novel Website text files database trade secret, for the unregister novel autobiography author rights on the plaintiff's novel Life Story, for the unregister novel cellular telephone number with live text messaging, (IFB,) trade secret and for the following Intellectual Property items list below, (1.) through, (7.) For exclusive Intellectual Property rights and for sole proprietor ownership under his name: Juan Louis Barboza.

50. (1.) The first item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel utility patent, trademark, trade name and copyright, an original computer Operating System trade secret software package. The Title: Human Rights For All- Copyrights 2005 to 2008. Abstract and claims of the software, (Human brain computer control, computer display interface panel control, telepathy to a computer, controls the computer's digital video data information storage software programs and the digital audio data information storage software programs. In which, the output/ input of the computer from the computer's user brainwaves patterns with the wireless, (EEG,) computer sensor monitoring system computer interface display panel control computer software program Electroencephalography, (EEG,) in live interaction computer data feeding, allows, the user to interact with the computer's programs in real live time, with the computer's display interface programs, the digital video player or the digital audio player. From the input of the user's brainwaves patterns, the information is collected in raw data information format, the raw data information is then processed by using the software package- HRFA. Allowing, the computer users to control an actor's pre-recorded object in a digital motion picture or in a digital animated cartoon character object, for the video output/ input, audio sound output/ input, text output/ input, individual character's voice, audio, sound and visional movements output/ input, with the computer user's display interface panel control software programs. Using the wireless Electroencephalography, (EEG,) Head Gear Sensor wireless access to the Internet software program, (EEG,) computer user's display interface panel control software program, the Bluetooth Head Set cellular computer user's display interface panel control software program and the software package- HRFA, is installed in the defendants' computers, allows, the defendants to read the user's brainwaves patterns to entertain the person's logical suggestions.) Your honor, the first time the plaintiff had a chance to use the computer control command operating system software package- HRFA was for, "20[th] Century Fox Film Corporation," for the cartoon, **"America Dad,"** and for the TV show, **"The Insider,"** between, 2005 to 2006. Computer passwords trade secret, computer source codes trade secret and computer object codes trade secret.

51. (2.) The second item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel utility patent, trademark, trade name and copyright an original human brain telepathy to a computer software programs and applications. The Title: The Brain Writer- Copyrights 2005 to 2008. Abstract and claims of the software, (Micro- computer- processor- brain- chip- implant software program, the plaintiff's brain chip implant is a radio transceiver and electromagnetic brainwaves pulse reader, wireless Electroencephalography, (EEG,) output/ input to a computer reads his brainwaves patterns and than records real time live data information, 24 hours daily.)

52. (2.) Sends a radio signal to the plaintiff's cellular telephone cochlea implants, the cellular telephone cochlea implants sends a telephone number signal, (\_\_\_-\_\_\_-\_\_\_\_,) two way voice communication and two way computer transferring data files information and computer programs file sharing, dial the telephone number on your mobile telephone or computer telephone or Interruptible Feedback, (IFB,) news and radio broadcasting stations, the (IFB,) number; is the news reporters' ear piece at the TV stations and the D. J.'s head phones at the radio stations and listen to my digital audio, digital sound, voice conversation and personal opinions, (Mind reading every thought, as the producer, as a **Ghost Writer: Neal Wolf** ,on live radio and on live TV broadcasting air-waves using the, (IFB,) number; The plaintiff's Title: Was the producer, Juan Louis Barboza, as a ghost writer, Neal Wolf, at Fox 32, between, 2005 to 2007, live producing and live directing, from the plaintiff's human brain with the wireless, (EEG,) software program and the software package- HRFA, human brain telepathy to a computer, not a word spoken only using the mind reading telepathy computer software program, allows, the person to hear the plaintiff's thoughts, opinions and conversation, human brain telepathy through a telephone number to a cellular telephone or a computer telephone and real time live text messaging with text message data recording every thought the plaintiff thinks of per second 24 hours daily reading the plaintiff's brainwaves patterns from the Website and using the software package- HRFA. Output/ input from the computer, the user and the artificial intelligence software computer programs creates unique individual characters which then becomes creative ideas in text message files database, for short stories, for poems, for radio and for TV commercial advertisements, from the novel Website trade secret database processor storage. Computer passwords trade secret, computer source codes trade secret, computer object codes trade secret and cellular telephone number with live text messaging, (IFB,) number; trade secret from the software package- HRFA.

53. (3.) The third item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel utility patent, trademark, trade name and copyright an original digital video, digital photography and digital hologram software programs and applications. The Title: Virtual Reality Hologram- Copyrights 2005 to 2008. Abstract and claims of the software, (Micro-computer- processor- eye- camera- multi-color- laser- chip- implants software program, the plaintiff's eye chip implants is a radio transceiver and a digital media video player.) Sends a radio signal to the plaintiff's cellular telephone cochlea implants, the signal is then covert to the Website, for the computer digital video camera data recording. The plaintiff's Virtual Reality Hologram software program is a state of the art hologram computer program, allows, the plaintiff to broadcast three dimensional digital videos, digital photos and digital short movies. Visual digital photography snap shots, multi- color laser guided screen shot, hologram software program uses the laser guild eye camera chip, for a three dimensional image produced by a split coherent beam of radiation, (Using the multi color camera photography software program, human laser implants,) and real time live digital video data recording, see what the plaintiff see through his eyes. Computer passwords trade secret, computer source codes trade secret and computer object codes trade secret from the software package- HRFA.

54. (4.) The forth item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel utility patent, trademark, trade name and copyright an original radio to the Internet conversion software programs and applications. The Title: The Internet Phone to The Brain- Copyrights 2005 to 2008. Abstract and claims of the software, trade secret telephone number, (Wireless hearing aid cellular telephone cochlea implants, is a radio transceiver two way digital audio voice, digital video, two way text message, microphone, computer software program Global Positioning System, wireless access to the Internet computer display interface control panel software program, cellular telephone and computer combined as one, cellular telephone radio signal is then converted to the plaintiff's assume Website to a computer's user display interface control panel software program, allows, the plaintiff's to broadcast his voice and text message to the assume Website. Similar technique to the plaintiff's software package- HRFA are used at the radio stations and at the TV stations using the software conversion kit to the Internet, coverts live audio feed, live video feed, to their assume Website, wireless access to the Internet to their assume Website using the computer software program- HRFA.) Connected to the trade secret cellular telephone number, (IFB,) allows, the plaintiff to gain wireless access to the Internet from the trade secret cellular telephone number, (IFB,) for downloading 24 hours daily, live text message, live digital audio voice, live digital video and live raw brainwaves data information text message processor, to the plaintiff's assume Website and than broadcasting live to the world from the plaintiff's assume Website on the World Wide Web. Computer passwords trade secret, computer source codes trade secret and computer object codes trade secret from the software package- HRFA.

55. (5.) The fifth item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel artificial intelligence software programs and applications. The Title: The Karaoke Man- Copyrights 2005 to 2008. Abstract and claims of the software, the radio stations and the TV stations have had upgraded from the plaintiff's software package- HRFA to the Internet. Allows, the radio stations and the TV stations to broadcast from their stations to the Internet, converted the radio signal and the TV signal. The plaintiff's computer program converts the signal from their radio transceiver signal is sent to their assume Website from a copy of the software package- HRFA. Similar methods are parallel to my ways of communication to the radio stations and the TV stations, (IFB,) number; the news reporters ear piece and the D.J.'s head phones. The radio frequency and the TV frequency signal is sent to the Internet using the plaintiff's software conversion kit to their assume Website, the software is installed on the defendants' computer currently. Computer passwords trade secret, computer source codes trade secret and computer object codes trade secret from the software package- HRFA.

56. (6.) The sixth item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel utility patent, trademark, trade name and copyright an original virtual reality software programs and applications.
The Title: Virtual Reality Interaction Video- Copyrights 2005 to 2008.

57. (6.) Abstract and claims of the software, the plaintiff's trade secret software computer control Operating System, (Computer scripting languages, design to control other software programs,) controls the digital video, digital TV shows, digital cartoons shows, digital audio voice, digital animated characters and the prerecorded actor motion picture, creates multi- ending stories, human brain operator utility wireless, (EEG,) and the similar software as the Bluetooth Head Set computer display interface, the software package- HRFA human brain operator computer telepathy controls the digital video, digital audio and individual characters the outcome of the plaintiff's computer programs creates multi- story ending as the result, real time digital video and digital audio live interaction database processing video, audio an visional motions, using human brainwaves patterns and the computer's artificial intelligence software program. Currently, the plaintiff is testing the computer control software program on several radio frequency antenna transceiver tower, cellular radio frequency antenna transceiver tower and television radio frequency antenna transceiver tower. Locations: In the State of Illinois, City of Chicago, all across America and world wide.

(1.) **Sears Tower radio and television**: Radio frequency antenna transceiver tower.
   233 South Wacker Drive, Chicago, Illinois 60606.

(2.) **John Hancock Center, radio, Internet, and television**: Radio frequency antenna transceiver tower, 875 N. Michigan Ave. Chicago, Illinois, 60611.

(3.) **Clear Channel Com, radio, and Internet**: Radio frequency antenna transceiver tower. WVON Radio Station, FCC Tower Number: 1058278, 3350 S Kedzie, Chicago, Illinois, 60623.

(4.) **AT&T Cellular Telephone: Cellular telephone, wireless high speed Internet**: Radio frequency antenna transceiver tower. Cingular AT&T, FCC Tower Number: 1009155, 1003 S Washtenaw, Chicago Illinois, 60612.

58. (6.) The radio, the TV, the cellular telephone and the wireless Internet high speed service provider companies had obtained the plaintiff's software package- HRFA **illegally** obtained copies from, **"Tamron Hall,"** in the summer of 2005 till 2008, **(The Economic Espionage Act of 1996 and Theft of trade secrets.)** Infringing on the plaintiff's Intellectual Property software package- HRFA, is, currently, installed on the defendants computer operator systems in the locations in what was said above, (1.) through, (4.) The plaintiff is, currently, testing the software package- HRFA, computer control Operating System on/ off remote control light switch, at these locations sites in Chicago Illinois and for what was said above, (1.) through, (4.) For accurate computer control artificial intelligence remote light switch computer software program, responds to a **Light Bulb** attach at the tip of the radio antenna towers. Artificial intelligence remote control switch, computer generate software program switch **on/ off**. Using the Wireless Electroencephalography, (EEG,) Head Gear Sensor and the software package- HRFA, directly controls the computer software program, remote control light switch on/ off, allows, the Light Bulb to blink on/ off at the locations what was said above, (1.) through, (4.) on the plaintiff's command the towers light bulb will blink on/ off.

59. (6.) For example, a light switch in your home and office or turning your computer on/ off by remote control using the software package- HRFA, utilities reasons for commercial usage at residential homes, commercial building offices and traffic streets lights, giving the computer user the capability to turn on/ off, basic home and office appliances on/ off. Computer testing started, between 2006 to 2008, all copyrights reserved. Computer password trade secret, computer source codes trade secret and computer object codes trade secret from the software package- HRFA.

60. (7.) The seventh item on the plaintiff's list, request the court to acknowledge, for the sole proprietor Intellectual Property ownership, for the unregister novel utility patent, trademark, trade name and copyright an original assume two way radio communication, media player, video, audio, voice, sound and live text messaging live broadcasting telephone Website. The Title: Unknown- Copyrights 2005 to 2008. Abstract and claims of the assume Website. Real time live output/ input raw brainwaves patterns from the, (EEG,) software program, data information, output/input to the computer connected to the Internet to the trade secret telephone number with the software package- HRFA 24 hours daily. The Title: The Internet Phone to The Brain. The plaintiff's novel assume two way radio communication, media player, video, audio, voice, sound and live text messaging live broadcasting telephone Website is use for the sales of commercial advertisement radio and TV, for the sales of novelty items, for creative movie ideas, for creative book ideas in text files database and for creative video game ideas in text files database from the plaintiff's assume Website. An unregister assume Website, (An original Web news media live interaction real time real life human brain computer telepathy, live text messaging and live audio voice recording 24 hours daily, with a computer's artificial intelligence speech recognition responds program, human intelligence versus computer's artificial intelligence Viva the Internet, human voice which is the plaintiff's conversations with the computer's artificial intelligence responds program, live data processing information, output/ input of the computer's programs, creates literature text files database, creates unique characters, creates short stories and creates poems, e.g..) Audio voice human being computer speech recognition intelligence program using the cochlea cellular telephone implants sends a radio signal using the trade secret cellular telephone number, human telepathy to a computer combined with an artificial intelligence computer audio voice speech recognition respond program, real time live audio sound recording database storage and real time live text messaging recording database storage.) Computer software program that, allows, the plaintiff to control other software programs Viva the Internet, from the software package. The Title: Human Rights For All,) and using the trade secret cellular telephone number and live text messaging on your cellular telephone or your home or office computer telephone in all connected to the plaintiff's computer software Web programs computer generated Website and computer generated cellular telephone interrogation software programs. )))) For copyright infringement of the literary text files posted on the plaintiff's assume Website text files database trade secret. Computer software program artificial intelligence voice data processing on the assume Website, the output/ input of the computer's software program, creates ideas, for short stories and creates individual character, independently from the under line computer program, too the computer database text and audio processor software program, used in the radio stations and the TV stations in The United States of America, The United Kingdom, The Continent of Africa and Asia, connected directly to the plaintiff's trade secret telephone number using the software package- HRFA.

61. Your honor, may the plaintiff request the court to obtain copies of his Intellectual Property software package. The Title: Human Rights For All software programs and applications, with Webmaster passwords, computer instruction codes, computer passwords, computer source codes, computer objects codes and the trade secret telephone number: (___-___-____.) and

62. Your honor, may the plaintiff also, request the court to obtain copies of the plaintiff's Intellectual Property software programs, computer instructions codes, computer passwords, Webmaster password and the telephone number and for the following list of Intellectual Property listed items below, (1.) through, (10.)

(1.) The Title: Human Rights For All, all rights reserved 2005 to 2008.
(2.) The Title: The Brain Writer, all rights reserved 2005 to 2008.
(3.) The Title: Virtual Reality Hologram, all rights reserved 2005 to 2008.
(4.) The Title: The Internet Phone to The Brain, all rights reserved 2005 to 2008.
(5.) The Title: The Karaoke Man, all rights reserved 2005 to 2008.
(6.) The Title: Virtual Reality Interaction Video, all rights reserved 2005 to 2008.
(7.) The assume Novel Website: The Internet Domain. The Web Address HTTP: Two way radio communication, media player, video, audio, voice, sound and live text messaging broadcasting telephone Website, all rights reserved 2005 to 2008.

(8.) The trade secret Cellular Telephone Number with Live Text Messaging: (___-___-____,) computer telephone integration software, computer User's Interface Display Panel Control software all rights reserved 2005 to 2008.

(9.) The Interruptible Feedback, (IFB,) Number: (___-___-____,) ear piece, the news reporters at TV stations and the D J's Head phone at the radio stations,)) in current usage at the radio stations and at the TV stations in the United States, wireless access to the Internet computer software, using the software package- HRFA, all rights reserved 2005 to 2008.

(10.) Wireless Electroencephalography, (EEG,) Monitoring brainwaves patterns A to G. wireless EEG computer interface display panel control software program all rights reserved 2005 to 2008.

   (A.) Delta: To monitor brainwaves when you sleep, Delta patterns is the slowest wave frequency range up to 3 Hz.

   (B.) Theta: To monitor brainwaves adults for meditation, frequency range from 4 Hz to 7 Hz.

   (C.) Alpha: To monitor brainwaves during the periods of waking relaxation with the eyes closed, frequency range from 8-12 Hz.

   (D.) Mu rhythm: To monitor brainwaves your mental imagery of movement contra lateral, (Conjunction with a part of the opposite side of the body,) arm.

   (E.) Beta: To monitor brainwaves when you are active, busy or anxious thinking and concentration, frequency range from 12-30 Hz.

   (F.) Gamma: To monitor brainwaves Gamma rhythms are different population of neurons together into a network for the purpose of carrying out certain cognitive or motor function, frequency range from 26-100 Hz.

   (G.) Juan Louis Barboza: To monitor his complete brainwaves patterns, his every movement, his every mental judgment, to be in virtual reality 24 hours daily, 7 days weekly, 365 days yearly. The original artificial intelligence software program allowed the plaintiff's own subconscious to be heard in virtual reality and now that the defendants infringed on the plaintiff's software package- HRFA. The defendants had divertive the software package- HRFA, and

63. (10,) (G.) The defendants are sending a repeated signal from the computer's artificial intelligence software program, voice speech recognition, to the plaintiff's hear aid cellular telephone cochlea implants. First of all, the micro brain chip wireless, (EEG,) reads the plaintiff's brainwave patterns, the brain chip sends a radio signal to my hear aid cellular telephone cochlea implants, the cellular telephone number is than transfer to the plaintiff's Website. Second of all, the utility function of the artificial intelligence software program is then converting the raw data information that is gathering through out the day to help the computer intelligence to better understand the game player in virtual reality world, you have the live brainwaves monitor database, you have, Juan Louis Barboza's virtual reality computer database text files Website where the entire plaintiff's creative works of literature ideas are stored at. Third of all, the combined data information is than processed and the computer's divertive artificial intelligences, creates force artificial voice intelligence to suppress, **(Freedom of speech,)** censorship in the plaintiff's own human brain, Juan Louis Barboza, is, currently, being force to listen to the defendants artificial intelligence computer program. Finally, request the court to obtain copies of the original copy of the artificial intelligence software program, a copy of the divertive artificial intelligence software program and the defendants to cease and desist the divertive artificial intelligence software program all rights reserved 2005 to 2008.

64. Your honor, may the plaintiff request the court to acknowledge, for the sole proprietor Intellectual Property ownership, inventor rights on the software package. The Title: Human Rights For All.

65. Your honor, may the plaintiff request patent and copyright protection from the defendants to stop from unauthorized copying and the right to install Digital Rights Management protection and also, patent and copyright protection from reverse engineering with the software package-HRFA and protection from derivative creative works of literary text files database from the outcome of the computer programs from his Real Life Website to the world, and

66. Your honor, may the plaintiff request the court, for actions against any an unauthorized company who are infringing on the trade secret software package- HRFA to be destroyed and any information related to the trade secrets information. Request the court to order the defendants who are unauthorized too cease and desist software package- HRFA, Website and trade secret cellular telephone number with live text messaging, (IFB,) number; usage. The defendants to destroy any trade secrets text files database information and computer programs from the software package- Human Rights For All, and

67. Finally, request the defendants to sign a Nondisclosure, (Trade secret information, confidentially form.)

68. Your honor, the defendants are copyright infringing on the plaintiff's Intellectual Property, the trade secret computer storage database creative literature ideas from the text files database posted on the plaintiff's novel Website and the plaintiff's novel Life Story, from the original software package. The Title: Human Rights For All, combined with the novel real life Website and the trade secret cellular telephone number with live text messaging, (IFB,) number; was leaked out to Fox 32, May 20 2005, (The Economic Espionage Act and Theft of trade secrets,) and then to Corporate America, The UK, to Africa and Asia, between 2005 to 2008.

69. Your honor, may the plaintiff ask the court to acknowledge that the defendants in question had sold the copyright items unauthorized by the plaintiff, for sales of the unregister novel patents, for the unregister novel copyrights, for the unregister novel Life Story and are copyright infringing from the plaintiff's novel assume two way radio communication, video, audio, voice, sound and text messaging broadcasting telephone Website, Web-pages, for radio and for TV commercial advertisements from the plaintiff's trade secret Website text file database storage information. To the computer companies, the radio stations and the TV stations through the means of electronic- mailing and electronic- commerce, **(The Economic Espionage Act,)** for entertainment advertisements in commercial sales to radio broadcasting stations, to TV broadcasting stations, for motion pictures, for theatrical plays and for premise of a story line, for video games, for commercial advertisements. The novel patents, the novel copyrights and the novel authorship Life Story, your honor, the plaintiff is the only person with the legal rights to claim the patents and the copyrights, under his name, Juan Louis Barboza, the owner of the trade secrets computer generated Web software programs and applications, Website text files database storage information trade secret, trade secret computer Operating System software programs and applications- HRFA, the novel Life Story, the novel trade secret cellular telephone number- Computer generated interface display control panel computer telephone intergeneration software programs and applications.

70. Your honor, the defendants are copyright infringing on the plaintiff's creative ideas, trade secrets information, from the plaintiff's novel unregister patents and the novel unregister copyright software Computer Codes Instructions, Website text files database information and computer programs, from the novel Website, for commercial advertisements used at the radio stations and at the TV stations and also, for Hollywood movies, for TV series shows and for news stories, that was leaked out to Fox 32 and too, Tamron Hall, in the summer of 2005, the novel unregister patents, the novel unregister copyrights the defendants are copyright infringing on.

71. Your honor, for further evidence confiscate May, June and July of 2005, at Fox 32, the morning show, between 5:00 am to 9:00 am, the plaintiff could recalled, Tamron Hall, said on live air the only thing they can release from the software package was the, (Bluetooth Headset, patent number: D494568.) Software infringement from the software package- HRFA and that was around the same time she released the Website and the trade secret cellular telephone number, on air at Fox 32, in May of 2005.

72. Your honor, than behind the cameras, Tamron Hall, than traded all the plaintiff's trade secrets Information, the software package- HRFA, the trade secret Website text files database information, the trade secret cellular telephone number, (IFB,) the Website domain codes, through electronic mailing, **(Unfair competition,)** in May of 2005 till 2008, to all the other news stations and radio stations, world wide and the leaked began, the software companies, news stations and radio stations did not obtain consent from the owner, Juan Louis Barboza, the sole proprietor ownership of the software package- HRFA patents and copyrights.

73. Your honor, on January 28 2007 and on July 31 2008, the plaintiff gave, **(Power of attorney,)** to, Tamron Hall, to protect and place the novel patents, the novel copyrights, the novel Life Story, the novel Website, the novel software package- HRFA and the trade secret cellular telephone number, on the United States stock market, for movie deals, for book deals, for TV and for radio commercial advertisements, the novel patents and the novel copyrights to Corporate America. To protect the copyrights, **(As a Ghost Writer,)** at Fox for "House M.D," TV-show series, "American Dad," TV- show series and "The Insider," TV show series. The software package- HRFA, was used for radio talk shows, TV talk shows and commercial advertisements. The plaintiff's latest TV show series, for commercial advertisement (As a ghost writer,) on Fox the TV series, "Fringe." The plaintiff's company did not sell the rights to the novel patents, the novel copyrights, the novel Life Story, the novel Website, the trade secret cellular telephone number, my software package- HRFA, it is only for lease. Tamron Hall, had patented and copyrighted and leased it to Google before she left Fox 32, in June of 2007, it was not, for sale, but, it was, for lease to allot other corporations other then Google and Microsoft Corporation.

74. Your honor, it is, for lease, for the U.K. and Asia and other countries under a computer text files databases trade secret and needed to sign a confidentially form who are friends to The United States of America and will not own author rights or copyrights or patent rights to the novel software package- HRFA and will only have leasing rights.

75. Your honor, the DMCA, authorizes U.S. District Court clerks to issue subpoenas to service providers requiring them to identify an alleged online infringer. I request the court, for an audit, to confiscate billing information related to the trade secret cellular telephone number, the software package- HRFA, the Website and the novel Life Story, for sales, for radio and for TV and for motion pictures, for commercial advertisements, for movie contracts, for TV show series contracts, for book contracts, for the (IFB,) number; (The news reporters ear piece and the D.J's Head phones,) for the Web-pages and for the novel Life Story. The Bluetooth and wireless Electroencephalography, (EEG,) software infringement from the software package- HRFA, for plagiarism the plaintiff's literal works and creative ideas from the Website text files database, the cellular telephone number live text messaging, located at, (Fox, News Corp, CBS, ABC, NBC, WGN, Clear Channel Com, Google and Microsoft Corporation.)

76. Your honor, the plaintiff's trade secret sole proprietor ownership software package- HRFA belongs to the plaintiff, Juan Louis Barboza the software package- HRFA, the original mind reader software and the original artificial intelligence software program is the plaintiff's right to patent and to copyright. The plaintiff will take any corporation to court that has claim the mind reader software program, telephone number to the plaintiff's brain- chip implant, cellular cochlea implants, (IFB,) number; computer passwords, computer source codes, computer object codes, HTTP: computer programs, computer codes to his Website, Web- pages and his artificial intelligence software program, and

77. Wherein fore, Corporate America is flooding the plaintiff with repeated phases, "A Sex Offender, a Child Abductor, a Pedophile and a Child Molester," The Eight Amendment. **(Nor cruel and unusual punishments inflicted,)** To torture and interrogate him by using the cellular telephone number, the Website and the software package- HRFA,)) and suppress any intelligent emotions that the plaintiff may have, the plaintiff's right to have basic opinions in his own mind and the way that the plaintiff's thought patter process. Infringing on his right to The First Amendment, **(Freedom of Speech,)** At Corporate America, will not stop interrogating him in till a civil judge listen to his case.

78. Your honor, Tamron Hall, started to promote the plaintiff in the summer of 2005. That was when the original artificial intelligence software program was derivative to The Karaoke Man software program for the premise to torture and to interrogate the plaintiff, for three years, by altering the software package- HRFA, the torturing and the interrogating of the plaintiff started at the radio station 107.5 WGCI and at the Television News Station Fox 32, September of 2005 the same time the plaintiff was attended Wilbur Wright College, 4300 N Narragansett Chicago IL, Telephone number: (773) 777-7900, in fall of 2005 and than the building's manger last name: Dragan, Telephone number: (773) 638-6095. Dragan and unknown business investors continue to torture and to interrogate the plaintiff. The building's manger Dragan resided at 5531 w Irving Park Rd, between, August 30 2005 to April 30 2006, the plaintiff resided at the apartment # 310 and the manger resided in the apartment below where the plaintiff resided at, in the apt # 211, he was using the cellular telephone number, the manger taped recorded his own voice and started to torture the plaintiff by using his own voice, he would send a repeated voice signal, calling the plaintiff a child molester and a rapist and a pedophile, for eight months, his voice recording was integrated to the artificial intelligence software, the Website and the computer cellular telephone software to torture, interrogate and defamed the plaintiff, for three years, using the software package- HRFA, the Website and the cellular telephone number and now the derivative artificial intelligence software program is, currently, left on, for 24 hours daily with out the plaintiff's consent, "Violating My Freewill To Think," from what was recorded from Dragan's recording equipment.

79. Your honor, The Karaoke Man software program signal is combined with the plaintiff's brain chip implant, the cochlea implants and the cellular telephone number in all connected to the Website, is infringing on the plaintiff's rights of his free will to think, violating the plaintiff's rights to The First Amendment, **Freedom of Speech** and The Ninth Amendment. The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people, and

80. Tamron Hall, lost the ability of freedom of press when she faked news stories, (False advertising and misleading statements,) in summer of 2005 and claim I was Christ or God, and a child abductor, for radio and for TV promotions in the summer of 2005 to 2008.

81. Your honor, the brain chip reads the plaintiff's mind sends a radio frequency signal to the cochlea implants left ear and right ear. The cellular cochlea implants and the cellular telephone number sends a radio signal using wireless access to the Internet software program. Then the artificial intelligence voice responds, an automatic intelligence program to interrogate and to torture the plaintiff, human intelligence versus artificial intelligence. The methods are through wireless connection to the Internet from the cellular telephone number to a computer with similar software as the software package- HRFA, the Bluetooth computer user display interface panel control software and the wireless Electroencephalograph, (EEG,) computer user display interface panel control software, is, currently, installed in the defendants computers, which let's the radio signal from the computer pass data information to a cellular telephone, the artificial intelligence combined with the cellular telephone number connected to the implants is then broadcasted from the Website.

82. Your honor, the plaintiff is taking Corporate America to federal civil court that is torturing and calling the plaintiff a child molester, a child abductor, a pedophile, using the artificial intelligent software program and broadcasting on the plaintiff's Website, to the cellular telephone number to torture and interrogate the plaintiff, with no prove, the plaintiff is not a sex offender or ever will the plaintiff become a sex offender and using the trade secret cellular telephone number with live text messaging 24 hour daily and copyright infringing on his Author rights to improve the patents and the copyrights under his name: The Inventor and The Producer, Juan Louis Barboza and as a Ghost Writer, Neal Wolf.

83. Your honor, the Chicago advertisement counsel was promoting the torture sexual oppression, mentally impairing the plaintiff's neurons, brain damaged, (Infliction of Emotional Distress,) torturing the plaintiff mentally and interrogating the plaintiff with the artificial intelligence software program at Chicago IL, between, 2005 to 2008 and the plaintiff was confronted by computer hackers and private investigators, from rival software corporations, news companies and radio companies, for the sex offenders such as Michael Jackson and Robert Sylvester Kelly court cases. Corporate America is infringing on the plaintiff's copyrights and violating his human rights using the software package- HRFA, the cellular telephone number, the Website, the software package- HRFA was derivative, to brain wash and torture the plaintiff mentally damaging his brain using the novel Life Story, the cellular telephone number and the Website, to defame and to torture the plaintiff. To achieve their lies the defendants will let third party companies to torture and have the press, allow, other companies to steal from the trade secret software package- HRFA. Relevant, to the matters Corporate America will never, allow, facts to be presented to them in till the plaintiff goes to a federal civil court. To sue the private and to sue the public and obtain legal patents rights, legal authorship rights and legal copyrights on the plaintiff's life long novel copyright software package-HRFA. Parallel worlds they claim with the plaintiff and the plaintiff will never let them infringe on the software package- HRFA or Website or cellular telephone number. The defendants started to torture the plaintiff with the software at Fox 32 and using the World Wide Web with the software package. They are still claiming that they are the owner of the mind reader software package-HRFA and claiming that the plaintiff is a sex offender in true, Juan Louis Barboza, is not a sex offender or he will never become a sex offender. Defamation using the software package and name, **Torts:** negligence and invasion of privacy and identity theft, conspiracy to commit fraud, located at, (Fox, News Corp, CBS, ABC, NBC, WGN, Clear Channel Com, Google and Microsoft Corporation.)

84. Your honor, Tamron Hall, was using the actor's name: Kelly Wolf, in June of 2005 to 2007. Kelly Wolf parallel to the actor's name: Tamron Hall. Neal Wolf actor and director independent mind reader trade secret, Juan Louis Barboza, as a **Ghost Writer** in May of 2005 to 20-07 at Fox 32, the real life news reporter, Kelly Wolf, NBC- 12 Lona Wisconsin. (The plaintiff has a VHS video tape on this day 2- 4- 2000,) National Job Shadow Day,) from Blackwell WI, Job Corp Center, student's name: Juan Louis Barboza, graduated, July 1 2000,)) and

85. On April 6 2007, the plaintiff was put in jail, for trespassing, for filling an application at Fox 32, for a freelance news reporter and to prove that the plaintiff is the owner of the software package- HRFA, the cellular telephone number, (IFB,) and the Website, that was leaked out too, Tamron Hall.

86. Your honor, the day the plaintiff lost his privacy, (April 04, 2004, Tony Honre,) Tamron Hall, had a real life stalker. The week before, Tamron Hall, released the plaintiff's brain telephone number and the Website. David Norravo had reported that, Tamron Hall, had a stalker name, **"Tony Honre."** Relevant, to the truth, with out a doubt on June of 2005, the TV Series that Fox 32, was promoting the plaintiff, for parallel stories was broadcasted from Fox 32, news stories and (The Insider TV series, promotions,) a show about stalkers and sex offenders unknown to the plaintiff at the time, Intentional Infliction of Emotional Distress, caused by Fox 32 and WGCI, that the plaintiff was becoming a victim of live brainwaves monitoring recreation of his novel Life Story, the plaintiff's personal and private opinions from the software package- HRFA, the cellular telephone number, the Website, the mind torture began, and

87. Your honor, using the brain telephone number the plaintiff became, a part of a Live Television Interaction Show, the TV Series, (The Insider,) that was broad casted on Fox 32, in the summer of 2005; the plaintiff was advertising in live brain reading human telepathy to a computer, The Lanham Act: False advertising and misleading statements, for three years 2005-2008, a real recreation of his opinions from his subconscious to a computer software programs and applications, telepathy to a computer Operating System human telepathy command control software program, than would alter the out come of the TV Series " The Insider," using the cellular telephone number and software package- HRFA, the plaintiff had introduced himself to The World Wide Web and being a part of a Live Television Interaction Show included, with live interaction news media, with Fox 32, Newscasters. Also, helping and defining, rules and regulations, for the software package- HRFA, between 2005 to 2008.

88. Your honor, taking no consideration, for the plaintiff's privacy or human rights, Fox 32, will broadcasted the trade secret cellular telephone number, (IFB,) and the Website using an alias name and broadcasted that the plaintiff is a child abductor and anything else Fox had wrongfully accused the plaintiff of, rather than irrelevant facts that Fox 32, was wrong. Negligence had to be the reason why Fox 32, promoted the radio signal using the artificial intelligence to his brain to disable his way of thinking normally, mentally damaging his brain and violating the plaintiff's rights to, **(Freedom of Speech,)** with in the plaintiff's own brain using the software package- HRFA, the telephone number, the Website, from May of 2005 to 2008, to confuse his mind and never let him become a successful in Fall of 2005. Than left the plaintiff to rehabilitation of his own subconscious and still have in present time The Karaoke Man Artificial Intelligence computer program turn on. It left the plaintiff to lose his right to privacy violating the plaintiff's right to The Fifth Amendment: **(Nor shall private property be taken for public use with out just Compensation,)** censorship for the plaintiff's own personal private thoughts. Relevant, to the facts a random pre-recorded intelligence voice of a torture signal nick named --- (The Karaoke Man,) was sent to the plaintiff. An alphabet computer program respond first live thought from the brain will active a numerically speech of defamation, a computer program responds mode 24 hours on, it turns off only when the plaintiff falls to sleep, and

89. The software, for the artificial intelligence program is used with the human brain; the brain itself is used as an output signal to the computer, for speech cognitive thinking with the computer programs and used with the software package- HRFA, the trade secret cellular telephone number and the Website, and

90. Virtual Reality a direct vision of a movie to your inner subconscious. Live television directing, changes the out come of the ending, a two to three story ending. A new wave of writing a story book by using the software package- HRFA, the person, Juan Louis Barboza, with the implants and the software to the novel Website using the World-Wide-Web, with the, (Artificial intelligence,) and

91. Your honor, May 20 2005, the trade secret cellular telephone number, (IFB,) and software editions were sent to the radio stations and the television stations leaked out by, Tamron Hall, in May of 2005, the cellular telephone number, (IFB,) and the Website, was broadcasted in Chicago IL 2005. The plaintiff's software editions, for the computer were sent to rival corporations, in the news media business and the computer software companies, computer files and software programs and applications, containing information about the plaintiff's private personal life story and instructions on how to use the software editions.

92. Your honor, the plaintiff inform ABC 7, about virtual -reality eye ware and they reported about the eye implants connected to the back of the brain the year of 2007. Oprah Winfrey & Cheryl Burton, trip to Africa with, Oprah Winfrey and Cheryl Burton, was well aware what was gong on in 2005 till 2007, the plaintiff offered the ladies news reporters a sales job under the supervision of, Tamron Hall, and

93. The plaintiff had unknown fun raiser after hurricane Katina, (Fraud,) things didn't work as well as it seem so the next best thing was to help out in aids in Africa and preventing people from being rape at Darfur and finding ways to help the victims under the software package- HRFA and also, to help find cures, for Alzheimer disease and for Autism disease.

94. Tamron Hall & Oprah Winfrey Productions 2006-2007, had have made footage, for cable TV. The plaintiff informed Tamron over her, (IFB,) the director line as ghost writer name: Neal Wolf, that, Oprah Winfrey, was giving her left over productions from the plaintiff's finical lost in 2005 when Oprah Winfrey first got a hold of the software package- HRFA and the Life Story in the summer of 2005. Kathy Brocks ABC 7, copyright infringer on The Movie Mr. Brooks, from the text database on the plaintiff's Website. Kathy Brocks used the software and text database, Tamron Hall, was contacted by Kathy Brocks at Fox 32, morning show picked up in their advertisement just before opening the morning show, for a 2 Min's commercials advertisement in 2007.

95. Your honor, defamation with the software program and putting the plaintiff's life at danger by telling the viewers the plaintiff's personal information that is association with the software every time they will open the Website, between 2005 to 2008, it becomes a torture Website design to please the computer user and others will hacker into the Website, because, the news reporters really didn't care anything about humans rights. Jill Bennett ABC 7 news investor and Joey Dass ABC 7 news investor are well aware of the plaintiff's software package- HRFA, from these dates 1-28-07 to 7- 31-08, and

96. Tamron Hall, Oprah Winfrey and Howard Mc Gee, for their talk show, between 2005 to 2008, she had copyright infringed and altered the Website and altered the software package- HRFA, for their talk shows and was well aware of the plaintiff's life story and the software package in the month of August of 2005. The Website software programs, the cellular telephone software programs, the software package- HRFA was alter to mentally impair the plaintiff's brain, **(Intentional Infliction of Emotional Distress,)** by sending a repeatedly signal to the plaintiff, through means of the cellular telephone number and the Website with the artificial intelligence software left on 24 hours daily.

97. Your honor, the plaintiff is the original software developer from News Corporation and Google, the plaintiff agree to help make the software, with patent rights and copyrights, author rights, for the software package- HRFA to be in a real life Website, with human emotions and computer control, "Joy- Stick," referring to the plaintiff's brain as the, "Joy-Stick," your honor, may the plaintiff products further advance in commercial prosperity, for retail, from the mind reader software, to alter TV, series, video games and Digital Video Movies, with mind control from the software package- HRFA.

98. Your honor, when America Dad air "Deacon Stan, Jesus Man," on June 19 2005, 8:30 pm, air the night the plaintiff was elephant man character, using the software package-HRFA, The Title: Virtual Reality Interaction Video. Controls the digital video, digital cartoons shows, digital audio voice, digital animated characters, creates multi- ending stories, human brain operator. A cartoon hooded brown over-cap dress person, with blink of an elephant across his neck. Robin Robinson, was on the night at the news station at Fox 32. The first time Viva to the world's investors, the plaintiff placed a bid, for the copyrights, was, on June 19 2005, on the Website and cellular telephone with live text messaging, (IFB,) for 58 million, to use the software package- HRFA, the Website and the cellular telephone number, (IFB,) trade secrets. The second time, the plaintiff placed the patents and the copyrights, was, on January 28 2007, for the U.S. Stock Market, for a hundred thousand per stock share and now the plaintiff has new prices.

99. Your honor, Tamron Hall, Howard McGee and Patrick Elmwood, on September 15 2005, an unauthorized sales of the Operating Systems software package- HRFA, the Website, the cellular telephone number, (IFB,) number; your honor, Tamron Hall, is liable, for the unauthorized sales, of all the plaintiff's trade secrets information, the software package- HRFA, the Website, the cellular telephone number, (IFB,) number; Tamron Hall, former employee of Fox News Channel 32 in Chicago IL, from June of 2005 till June of 2007, Tamron Hall and Howard McGee, promoted the plaintiff, through the means of live Web broadcasting to Chicago IL and using the World Wide Web, the Website and the cellular telephone number- (IFB,) number; at Fox 32 and at WGCI, between 2005 till 2007. The defendants, on September 15 2005, from Fox 32, Tamron Hall, sold the copyrights and the **Trade Secrets** information to WGCI, on September 15 2005, an unauthorized sale of the plaintiff's copyrights, the software package- HRFA, the Website, the cellular telephone number, (IFB,) number; the accused planned to, become, regular contributor too Fox 32, the Morning News with Clear Channel Communication at WGCI radio station, (107.5 FM,) in Chicago IL and world wide, live broadcasting Viva the Internet using the software package- HRFA, the Website, the cellular telephone number, (IFB,) number.

100. Your honor, the plaintiff resided at, (2249 N Menard St 60639 Apt. # 2,) live director and live produced, (America Dad and The Insider,) cartoons shows and TV shows, live feed broadcasting, summer of 2005. Also, live director, (As a Ghost Writer,) movies and advertisements with 20th Century Fox Television and News Corps, (Stranger Than Fiction,) and (Perfect- Stranger,) and (His Life Story,) and any hidden secrets movie deals using The Brain Writer or any ideas that spawn from his Life Story and the software package- HRFA,

101. The plaintiff is the author and can protect his copyrights and his software programs and applications from any illegal usage. The artificial intelligence software program is the person and the compute software combine in one. The plaintiff, Juan Louis Barboza, maintaining: The software license agreement, for sole proprietor patenting and copyrighting, the software programs and applications to maintain it a trade secret.

102. Your honor, the plaintiff's brainwaves and brain- signal is a trade secret telephone number, (IFB,) and the software package- HRFA, are an original. No brainwashing to disabling your cognitive way of thinking is allowed. Paying investors can use the patents and the copy-rights. Unauthorized used of the software package- HRFA, will be prosecuted and fined under the copyright laws, any unauthorized individual who would violently send a signal to caused advertisements by force will be fined, for unauthorized usage of the software pack-age- HRFA and the trade secret telephone number, (IFB.) The software package- HRFA, the Website and the trade secret telephone number, (IFB,) can be used by paying investors; it had been used by the wrong individuals at home and at work stations, to cause repetitive ad-vertisements. Any unauthorized usages of the software package- HRFA, the Website, the tr-ade secret telephone number, (IFB,) needs consent from the owner, Juan Louis Barboza, and

103. These events are a recorded of what happen in the years, between of 2005 to 2008. An orig-inal trade secret cellular telephone number, (IFB,) and software package- HRFA, link to the plaintiff's novel radio broadcasting Website. Viva the Internet from the plaintiff's novel live talk radio show broadcasting Website real time real life yearly to radio stations and too tele-vision stations in Chicago IL from 2005 to 2008 and now world wide. For authentic software usage of the software package- HRFA and legal leasing rights, for his sole proprietor patents and sole proprietor copyrights of the software package- HRFA and any software that spawn from the software package- HRFA, the Bluetooth Head Set and the wireless Electroencep-halograph, and

104. Your honor, the defendants needs to sign nondisclosure trade secret information, confident-ially agreement, for the purpose of preventing the unauthorized disclosure of confidential information and the duplication of the software package and the parties agree to enter into a confidential relationship agreement. The use of the software programs and applications is a trade secret, for commercial advertisements. Obtaining a copy of the software used at the radio stations, at the TV stations, at the software companies and any unknown companies. For author rights, sole proprietor patents rights and sole proprietor copyrights under the plaintiff's name: Juan Louis Barboza, and

105. Your Honor,_____, may the plaintiff place the novel software package-Human Rights For All, the copyright novel Life Story, the novel Website, the novel cellular telephone number, on the U.S. Stock Market with sole proprietor patent rights and sole prop-rietor copyrights under the plaintiff's name:_____, Juan Louis Barboza.

106. Your honor, the defendants had have copyrighted infringed on the plaintiff's creative ideas from the computer text files database from the novel Website and the novel Life Story, between 2005 to 2008, for what is said below (1.) through, (9.)

(1.) The Inside. "New Girl in Town," (June 8, 2005 – March 14 2006,) Fox.
(2.) American Dad. "Deacon Stan, Jesus Man," (June 19 2005,) Fox.
(3.) House M.D. "Role Model," Season 1. Episode 17. & "Whatever It Takes," Season 4. Episode 76. (2005 to 2008,) Fox.
(4.) Stranger than Fiction. (2006,) Columbia Pictures.
(5.) Perfect Stranger. (2007,) Columbia Pictures.
(6.) Eli Stone. (2008,) ABC.
(7.) FRINGE. (2008,) Fox.
(8.) X111. (2008,) NBC.
(9.) Fear. Regrets. Desires. (2008,) NBC.

107. Brought to you by: The President of Virtual Reality Film: Mr. Juan Louis Barboza.

108. _Juan J Baloza_ 11-7-08

Plaintiff's signature and date.

109._____.

._____.

._____.

._____.

._____.

._____.

._____.

._____.

._____.

._____.

110. Defendants or attorneys signature and date.

111. Your honor, may the plaintiff request the court, for a final compromise of the trade secret leaked out information, from the defendants to give the plaintiff an apology, in private or in public.

112. <u>Trade Secret Operating System Software Package- Human Rights For All.</u> **Flow Chart.**

(1.) <u>Online Subscribers & The Plaintiff.</u>
(2.) <u>Software package- HRFA.</u>
(3.) <u>Wireless Bluetooth Head Set.</u>
(4.) <u>Wireless Electroencephalogram- EEG.</u>
(5.) <u>Bionic Human Implants- micro computer processor chips computer operating system software package- HRFA, bionic brain- chip implant, bionic left and right eyes- chip implants, bionic cochlea left and right inner ears- chip implants, Virtual Reality Two way, media player, radio, video, audio, text message, data information processing, uploading, downloading computer programs & files data information sharing, text message & audio voice chatting Website transferring communications Broadcasting telephone from the assume Novel Website- Wireless access to any computer with the software package- HRFA, human implants Viva online or the Wireless EEG-Monitoring Sensor device computer display interface software program combined with the Cellular Telephone Bluetooth Head Set device computer display interface software program using the computer operating system software package- HRFA.</u>



(6.) <u>The FM & AM & Television & Radio & High Speed Internet & Local Area Network & Cellular Telephone- radio transceiver antenna towers.</u>

(7.) <u>Trade Secret Cellular Telephone Number & Interruptible Feedback, (IFB.) Number.</u>

(8.) <u>Wireless Access to the Internet, Personal Area Network, or Private Area Network, or Local Area Network Wireless connection to access the Internet using the software package- HRFA.</u>

(9.) <u>Using The Bluetooth Radio Frequency Hopping Spectrum & The wireless EEG Monitoring Sensor Computer Software Kit.</u>



(10.) <u>Local & Online Television Broadcasting Stations.</u>
(11.) <u>Local & Online Radio Broadcasting Stations.</u>
(12.) <u>International & Local Cable Television Broadcasting Stations Service Provider.</u>
(13.) <u>Computer Software Developers & Online Service Providers.</u>
(14.) <u>International & Local Cellular Telephone, Wireless High Speed Internet Service Provider.</u>

(15.) <u>Two way radio, video, audio, text message, data information processing, uploading, downloading computer programs & files data information sharing, text message & audio voice chatting Website transferring communications broadcasting from the assume Novel Website computer generated Web software programs from the software package- HRFA.</u>

<u>Virtual Reality Film. All copyrights reserved 2005 to 2008.</u>

113. <u>Trade Secret Operating System Software Package- Human Rights For All.</u> **Flow Chart.**

(16.) <u>Software package- HRFA are installed into Office Computers, for Commercial Advertisement Consultation two way communication to & from the assume Novel Website, Home Computer Entertainment System, Virtual Reality Film Ad Counsel, Advertising Commercial Products to TV viewers, radio listening, Online subscribers from the computer network Ad counsel employees.</u>

(17.) <u>Software package- HRFA are installed into Commercial & Residential Security Systems.</u>



(18.) <u>Using the novel software package- HRFA uploaded & downloaded installed to office & school computers, Home Entertainment Television System Set, Radio Stereo Receiver, Cellular Telephone, commercial & residential appliances. Computer control operating system using the software package- HRFA.</u>



(19.) <u>Commercial Industry Retail Sales of the software package- HRFA integration to useful products video games, motion pictures, artificial intelligence digital text & audio voice books, e.g., Sold Online & Advertise through the means of Virtual Reality Film private company Virtual Reality Film, computer networking Ad Counsel Employees.</u>

(20.) <u>Broadcasting live entertainment for viewers, for subscriber and for costumers world wide online from the novel Website.</u>

Virtual Reality Film. <u>All copyrights reserved 2005 to 2008.</u>

All business transactions and all methods in the ways Virtual Reality Film private advertisement company conducts it's strategy in commercial advertisements using the novel computer Operating System software package- HRFA trade secrets and FM & AM radio frequencies trade secrets and cellular telephone number- IFB: number trade secret, from Virtual Reality Film private advertisement company. "Virtual Reality Film," in it's ways of conducting economic business transactions world wide online trade secrets, or at the radio broadcasting stations world wide trade secrets or at the TV broadcasting stations world wide trade secrets, in commercial advertisements and through the means of electronically-commerce in the United States of America and world wide trade secret, all subscribers and all parties are at the age of 18 teen or older. All copyrights & Trade Secrets reserved 2005 to 2008.

18 U.S.C. 2257 Compliance Notice: All models, actors, actresses and other persons that appear in any visual depiction of actual or simulated sexual conduct appearing or otherwise contained in or at this website were over the age of eighteen (18) years at the time of the creation of such depictions. With regard to the visual depictions of actual sexual conduct appearing or otherwise contained in or at this website said visual depictions appear in this website pursuant to license grant from the "producer" of such content.
Accordingly, the records required pursuant to 18 U.S.C. Section 2257 and
C.F.R. 75 are kept by the custodian of records:

The President of Virtual Reality Film: Mr. Juan Louis Barboza.


All Distributing copyrights reserved 2005 to 2008, for the **software package- HRFA.**
All Publications copyrights reserved 2005 to 2008, for the **software package- HRFA.**
All Productions copyrights reserved 2005 to 2008, for the **software package- HRFA.**
All Copyrights reserved 2005 to 2008, for the **Novel Website** and the **Web pages.**

All Raw Human Brainwaves Patterns Digital Data Information computer storage monitoring **Human Brainwaves Patterns Recorded and Recording**, in Real Life and in Real Time live brainwaves patterns computer sensor monitoring, wireless access to the computer, using wireless access to the Internet computer software user's interface display, the FM & AM & Cellular Computer Integration Telephone & Wireless High Speed Internet & Radio Broadcasting & Television Broadcasting radio transceiver humans implants, the micro computer brain chip radio transceiver, the micro computer eye chip radio transceiver human implants **Virtual Reality** computer software, the FM & AM cellular telephone radio transceiver human cochlea implants, the FM & AM & Television & Radio & High Speed Internet & Personal Area Network & Private Area Network & Local Area Network & Cellular Telephone- radio transceiver antenna towers, input into the computer's database information storage using the **wireless Electroence-phalogram, (EEG,)** computer user's interface display software all copyrights reserved 2005 to 2008, all computer input raw database information brainwaves patterns monitoring Human Brainwaves Patterns **Trade Secret,** computer control Operating System on and off remote control **Light Switch** on/ off software program all copyrights reserved 2005 to 2008.

All copyrights reserved on the unregister trade secret U.S. utility patent software package-HRFA 2005 to 2008.

All copyrights reserved for the assume Novel Websites files database storage and the novel cellular telephone live text messaging from the brain text files database trade secrets 2005 to 2008.

All Trademarks and Logo Copyright Notice TM for the **Novel Website** and the software **package-HRFA** and its related entities all rights reserved 2005 to 2008.

All Text files databases storage trade secrets from the Novel Website all copyrights reserved 2005 to 2008, that are collected from the Computer Internet Network Advertisement Counsel, subscriber's computer text files database storage trade secret 2005 to 2008.

All Trade Secrets text files, computer programs and applications, database storage from the computer generated software Web programs, for the Novel Website - **Computer Instructions** software programs all copyrights reserved 2005 to 2008.

All Digital Rights Management- to prevent **Unauthorized Duplication** of the software package- **HRFA** all copyrights rights reserved 2005 to 2008.

All copyrights reserved on the Live Digital Audio recorded and recording voice, sound, speech, text paragraphs, raw and processed data information wireless, (EEG,) monitoring human brainwaves patterns to a computer database and Live Text Messaging trade secrets 2005 to 2008.

All copyrights reserved on the unregister trade secrets U.S. Patents and U.S. trade secret Copyrights reserved 2005 to 2008.

All copyrights reserved on the Novel Digital Autobiography text files **Life Story** 1979 to 2008 and all copyrights reserved on the Digital Authorship Website text files database copyrights reserved 2005 to 2008.

All software programs and applications- Human Rights For All, computer source codes and objects codes trade secrets, and FM & AM radio frequency numbers trade secrets and cellular telephone number, (IFB,) number trade secrets- All copyrights reserved 2008.

All Computer passwords trade secret, computer source codes trade secret and computer object codes trade secret for the software package- **HRFA.**

All copyrights reserved 2005 to 2008 from the **Core Software** programs and applications from the software package- **HRFA** and any thing else that had **Upgraded** from the software package- **HRFA.**

**Computer Operating System** software package- **HRFA** all copyrights reserved 2005 to 2008.

(1.) The Title: **Human Rights For All,** all copyrights reserved 2005 to 2008.
(2.) The Title: **The Brain Writer,** all copyrights reserved 2005 to 2008.
(3.) The Title: **Virtual Reality Hologram,** all copyrights reserved 2005 to 2008.
(4.) The Title: **The Internet Phone to The Brain,** all copyrights reserved 2005 to 2008.
(5.) The Title: **The Karaoke Man,** all copyrights reserved 2005 to 2008.
(6.) The Title: **Virtual Reality Interaction Video,** all copyrights reserved 2005 to 2008.

(7.) The assume **Novel Website:** The Internet Domain. The Web Address HTTP: Two way radio communication, **Media player,** video, audio, voice, sound and live text messaging broadcasting telephone Website, all copyrights reserved 2005 to 2008.

(8.) The trade secret **Cellular Telephone Number Live Text Messaging:** (___-___-.___,) computer telephone integration software, computer **User's Interface Display Panel Control** software all copyrights reserved 2005 to 2008.

(9.) The **Interruptible Feedback, (IFB,) Number:** (___-___-___,) ear piece, the news reporters at TV stations and the D.J.'s Head phone at the radio stations,)) in current usage at the radio stations and at the TV stations in the United States, **Wireless Access to The Internet Computer Software** using the software package- HRFA, all copyrights reserved 2005 to 2008.

References.

Cornell University Law School. Website.
Stoel Rives LLP, Attorney At Law. Website.
Merriam Webster Dictionary, Website.
Wikipedia, Encyclopedia, Website.
Wwitv.com, The ultimate guide to Live TV webcasts.
Nolo 9th Edition, Patent, Copyright & Trademark.